1. BESS M. BREWER, #100364
   LAW OFFICE OF
2. BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3. Sacramento, CA 95814
   Telephone: (916) 448-8600
4. Facsimile: (916) 448-8605
   besshelena@earthlink.net

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IRENE THOMAS**<br>xxx-xx-7211 | Case No. C07-06059 WHA |
| **Plaintiff,**<br>v.<br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br>**Defendant.** | ~~[PROPOSED]~~ **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT AND DECLARATION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from its current due date of April 14, 2008 to May 6, 2008. This is plaintiff's first request for an extension of time and is required due to plaintiff's counsel's scheduled vacation out of the country. *See*, Declaration of Bess M. Brewer, Exhibit 1.

////

////

////

1

1

2   Dated: March 31, 2008            */s/Bess M. Brewer*
                                     BESS M. BREWER
3                                    Attorney at Law

4                                    Attorney for Plaintiff

5

6
    Dated: March 31, 2008            McGregor W. Scott
7
                                     United States Attorney
8
                                     */s/ Donna Montano*
9                                    DONNA MONTANO

10                                   Special Assistant U.S. Attorney
                                     Social Security Administration
11
                                     Attorney for Defendant
12

13                                          **ORDER**

14
    APPROVED AND SO ORDERED.
15
    DATED: April 4, 2008.            _____
16                                   HONORABLE WILLIAM H. ALSUP

17

18

19

20

21

22

23

24

25

26

27

28