IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRENE THOMAS,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
                              /

No. C 07-06059 WHA

**JUDGMENT**

     For the reasons stated in the accompanying order denying plaintiff's motion for summary judgment and granting defendant's cross-motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

     **IT IS SO ORDERED.**

Dated: October 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE